UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA            :

        -v-                         :    WAIVER OF INDICTMENT

EARNEST JAMES UJAAMA,               :    S3 04 Cr. 356 (JFK)
    a/k/a "James Ujaama,"
    a/k/a "Bilal Ahmed,"            :
    a/k/a "Abu Sumaya,"
    a/k/a "Abdul Qaadir,"           :
    a/k/a "James Earnest Thompson,"
                                           :
                        Defendant.
                                           :

------------------------------X

        EARNEST JAMES UJAAMA, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 371, 1073, and 2339A, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                        _____
                                                        Earnest James Ujaama
                                                        Defendant

                                                        _____
                                                         Witness

                                                        _____
                                                       Peter Offenbecher, Esq.
                                                       Counsel for Defendant

Date:  New York, New York
       August 13, 2001