FREDERICK H. COHN
ATTORNEY AT LAW
61 BROADWAY
SUITE 1601
NEW YORK, NY 10006
212-768-1110
FAX 212-267-3024
fcohn@frederickhcohn.com

AUG 21 2007

**MEMO ENDORSED**

August 17, 2007

Honorable John F. Keenan
Daniel Patrick Moynihan USC
500 Pearl Street, Room 1930
New York, NY 10007-1312

Re: United States v. Ujaama
S3 04 Cr. 356 (JFK)

Dear Judge Keenan:

    At the last appearance before you in the above entitled matter you indicated that you would appoint me pursuant to the Criminal Justice Act to assist Peter Offenbecher in the role of local counsel. Please be kind enough to so order this letter and forward it to the CJA clerk so that their records will reflect the appointment.

    Thank you for your consideration.

Respectfully yours,

Frederick H. Cohn

So ordered
August 21, 2007
John F. Keenan
U.S.D.J.