




## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

12-11-07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2007

RECEIVED
DEC 11 2007
JUDGE KEENAN'S CHAMBERS

**VIA MESSENGER**

Honorable John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

   Re:  **United States v. Earnest James Ujaama**
        S3 04 Cr. 356 (JFK)

Dear Judge Keenan:

   I am writing to respectfully request an adjournment of defendant Earnest James Ujaama's sentencing proceedings, which are presently scheduled for Wednesday, December 12, 2007. The Government requests that this sentencing be adjourned for at least six months and that a new sentencing control date be set.

   Mr. Ujaama and his counsel, Peter Offenbecher, Esq., previously consented to adjournments of Mr. Ujaama's sentencing proceedings in his plea agreement with the Government.

   Thank you in advance for your consideration in this matter.

                                Respectfully submitted,

Sentencing is adjourned to June 11, 2008    MICHAEL J. GARCIA
at 10:00 a.m.                                United States Attorney

                                By: _____
                                    ERIC B. BRUCE/MICHAEL FARBIARZ
                                    Assistant U.S. Attorneys
                                    (212) 637-2219/-1587

SO ORDERED:

_John F. Keenan_                 12/11/07
Hon. John F. Keenan              Date