```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------  X

UNITED STATES OF AMERICA        :
                                :
         -v.-                   :  NOTICE OF APPEARANCE AND
                                :  REQUEST FOR ELECTRONIC
MUSTAFA KAMEL MUSTAFA,             NOTIFICATION
 a/k/a "Abu Hamza,"             :
 a/k/a "Abu Hamza al-Masri,"
 a/k/a "Mustafa Kamel,"         :
 a/k/a "Mostafa Kamel Mostafa,"    04 Cr. 356 (JFK)
                                :
OUSSAMA ABDULLAH KASSIR,
   a/k/a "Abu Abdullah,"        :
   a/k/a "Abu Khadija,"
                                :
     and
                                :
HAROON RASHID ASWAT
   a/k/a "Haroon,"              :
   a/k/a "Haroon Aswat,"
                                :
          Defendants.
                                :
------------------------------  X
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, in addition to the Assistant United States Attorney already on this case, and to add the undersigned

attorney as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:    /S/
Michael Farbiarz
Assistant U.S. Attorney
(212) 637-1587