

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSE**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-2009
```

Honorable John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

Re: <u>United States v. Oussama Abdullah Kassir, et al.</u>
S2 04 Cr. 356 (JFK)

Dear Judge Keenan:

Pursuant to Your Honor's Protective Order, dated March 31, 2009, the Government requests that the following Government Exhibits be received by the Court under seal: 248, 248T, 103-51, 103-51T, 103-52, 103-52T, 103-62, 103-62T, 103-1, 103-2, 103-3, 103-4, 103-6, 103-8, 103-9, 401, 402, 403, 403-A through 403-D, 405, 405-A through 405-D, 406, and 405-D.

Thank you for your consideration in this matter.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

By: /s/
Eric B. Bruce
Michael Farbiarz
Assistant United States Attorneys
Tel. No.: (212) 637-2219/1587

cc: Edgardo Ramos, Esq.
Mark S. DeMarco, Esq.

*So ordered*
*May 6, 2009*
*John F. Keenan*
*U.S.D.J.*